UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-1836

DEREK JARVIS; SHIRLEY J. PITTMAN,

Plaintiffs - Appellants,

v.

GRADY MANAGEMENT, INCORPORATED; DUFFIE, INCORPORATED; APRIL
LANE JOINT VENURES; MONTGOMERY COUNTY GOVERNMENT/ MONTGOMERY
COUNTY EXECUTIVE; MONTGOMERY COUNTY HOUSING AND COMMUNITY
AFFAIRS OFFICE; MONTGOMERY COUNTY ATTORNEY'S OFFICE,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Peter J. Messitte, Senior District
Judge.  (8:09-cv-00280-PJM)

Submitted:  December 17, 2009      Decided:  December 23, 2009

Before WILKINSON, NIEMEYER, and AGEE, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Derek Jarvis, Shirley J. Pittman, Appellants Pro Se.  John
Benjamin Raftery, OFFIT KURMAN, PA, Bethesda, Maryland; Edward
Barry Lattner, COUNTY ATTORNEY'S OFFICE, Rockville, Maryland,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derek N. Jarvis seeks to appeal the district court's July 7, 2009, order denying numerous motions filed in Jarvis' 42 U.S.C. § 1983 (2006) action. On appeal, Jarvis objects from the portion of the court's order denying his motion to recuse the district judge from his case. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Jarvis seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED